This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-37602

**MARY TORREZ,**

Plaintiff-Appellee,

v.

**DAVID SANCHEZ,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF RIO ARRIBA COUNTY**
**Matthew J. Wilson, District Judge**

The Simons Firm, LLP
Quinn Scott Simons
Santa Fe, NM

for Appellee

David Sanchez
Chama, NM

Pro Se Appellant

### MEMORANDUM OPINION

**VARGAS, Judge.**

**{1}** Defendant David Sanchez appeals following the district court's final order granting Plaintiff injunctive relief and creating a prescriptive easement. [RP 236-37] This Court issued a notice of proposed disposition, proposing to summarily affirm, having reviewed Defendant's arguments in his docketing statement. In response, Plaintiff filed a memorandum in support of our proposed summary disposition. However, Defendant has not filed a memorandum in opposition to our proposed disposition, and the time for doing so has expired.

**{2}** Accordingly, we rely on the reasoning contained in our notice of proposed disposition and affirm the district court.

**{3}   IT IS SO ORDERED.**

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**BRIANA H. ZAMORA, Judge**

**ZACHARY A. IVES, Judge**